ELIZABETH DITTENHOEFFER, Respondent, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Order, as resettled, setting aside a verdict in favor of defendant and granting a new trial unanimously affirmed, with costs. No opinion. ·Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE ELRM REALTY & MORTGAGE CO., INC., Appellant, v. MAX ORNSTEIN, Respondent, and Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

NICASIO ESPINA, Respondent, v. RAMON GONZALEZ, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

DANIEL T. FRANCIS and WILLIAM WEISS, Individually and as Executors, etc., of WILLIAM BURROWS, Deceased, Appellants, v. JOANNA FERGUSON, Individually and as Executrix, etc., of EDMOND J. CURRY, Deceased, Respondent, and Another, Defendant.— Order denying plaintiffs' motion for judgment on the pleadings and directing judgment dismissing the complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

MABEL P. GADE, Appellant, v. JAMES A. FINNEGAN and Others, Respondents.— Order denying plaintiff's motion to strike out a defense in the answer reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The entry into plaintiff's sleeping apartment by the invitation and direction of her husband, the tenant of the premises, would not, in our opinion, constitute a defense to the trespass complained of. No fact is alleged showing the husband's right to direct such trespass or to justify it. Kelly, P. J., Jaycox, Young and Lazansky, JJ., concur; Kapper, J., dissents on the ground that the plea of lawful entry should not be stricken out.

ANETT GARFINKEL, an Infant, by MARY GARFINKEL, Her Guardian ad Litem, and MARY GARFINKEL, Individually and as Administratrix, etc., .of HARRY GARFINKEL, Deceased, Appellants, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

VICTORIA NONY GEORGE, Respondent, v. ELENI D. GALANI, Appellant. JAMES GALANI, Defendant; EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent.— Judgment unanimously affirmed, with costs. The birth certificate, if authenticated as provided by subdivision 3 of section 398 of the Civil Practice Act, was competent evidence of the facts therein stated. Objection to its reception was not put upon the ground of improper authentication. We are of opinion that the evidence fully supports the findings made by the trial court. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.